# IN THE SUPREME COURT OF THE STATE OF NEVADA

THERESE WILLIAMS,
Petitioner,
vs.
THE SECOND JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
WASHOE; AND THE HONORABLE
LYNNE K. SIMONS, DISTRICT JUDGE,
Respondents,
and
ASHLEE ORNDORFF,
Real Party in Interest.

No. 83705

FILED

DEC 17 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION FOR A WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges a district court order denying a motion for summary judgment. Having considered the petition and its supporting documentation, we are not persuaded that our extraordinary and discretionary intervention is warranted. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing such relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991) (recognizing that writ relief is an extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition). Specifically, we generally decline to exercise our discretion to grant writ petitions challenging orders denying motions for summary judgment, and we are not convinced any of the exceptions apply in this case. *See Smith v. Eighth*

*Judicial Dist. Court*, 113 Nev. 1343, 1344-45, 950 P.2d 280, 281 (1997) (discussing the exceptions to the general rule). We therefore

ORDER the petition DENIED.[1]

_____, C.J.
Hardesty

_____, J.          _____, Sr.J.
Herndon                              Gibbons

cc:    Hon. Lynne K. Simons, District Judge
       Lewis Roca Rothgerber Christie LLP/Reno
       Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
       Leverty & Associates Law, Chtd.
       Steven J. Klearman & Associates
       Washoe District Court Clerk

---

[1]The Honorable Mark Gibbons, Senior Justice, participated in the decision of this matter under a general order of assignment.